Via ECF

December 3, 2024

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Re: *Caillat et al. v. Adjmi et al.*, Case No. 24-cv-07417-CM
<u>Joint Letter Motion for Adjournment of Initial Conference</u>

Dear Judge McMahon:

Plaintiffs Kenneth Caillat and Steven Stiefel ("Plaintiffs") and Defendants Seaview Productions Holdings LLC, Sonia Friedman Productions Limited, Linden Productions, LLC, Playwrights Horizons, Inc., The Shubert Organization, Inc., Sue Wagner, John Johnson, Ashley Melone, and Nick Mills (collectively, "Defendants") in the above-referenced action write jointly pursuant to Section I.D of Your Honor's Individual Practices and Procedures to respectfully request an adjournment of the initial conference currently scheduled for this Thursday, December 5, 2024.

The parties have resolved the dispute in principle as to all claims and defendants, and are working to commit their agreement to writing. Accordingly, we respectfully request that the initial conference be adjourned to Monday, December 23, 2024 (which is one business day after Defendants' current motion to dismiss deadline), or such other date thereafter as the Court's schedule may permit. The parties anticipate finalizing their resolution before then. This is the first request to adjourn the initial conference, and the parties mutually consent hereto.

We thank the Court for its time and consideration of this matter.

**MEMO ENDORSED**

Respectfully submitted,

By: /s/ Alan A. Greenberg
Alan A. Greenberg
Greenberg Gross LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001
agreenberg@ggtriallaw.com

*Attorneys for Plaintiffs*

By: /s/ Frank D. D'Angelo
Frank D. D'Angelo
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407.4000
Facsimile: (212) 407.4990
fdangelo@loeb.com

*Attorneys for Defendants*

---

Handwritten endorsement (12/3/2024): I cannot say I am surprised by this news, but it is the wisest resolution for all concerned. Feel free to come in and (hopefully) memorialize the settlement at 10 am on 12/23. CM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024